

April 29, 2025

**VIA ECF**

Hon. Lee G. Dunst
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:   *Canon U.S.A., Inc. v. Sysorex, Inc. et al.*, No. 2:24-cv-08042-RER-LGD

Dear Judge Dunst:

I write, on behalf of Plaintiff Canon U.S.A., Inc. and with the consent of counsel for Defendants Sysorex, Inc., Asaduz Zaman Khan, and Wayne Wasserberg, pursuant to the Court's Orders of April 1, 2025 and April 23, 2025.

Plaintiff is prepared to proceed with a productive Settlement Conference by Zoom at 11:30am on May 22, 2025, as is described in more detail in Section V of the Court's Individual Practice Rules (including the transmission of confidential settlement statements in accordance with Section V.C). Defendants are also prepared to proceed provided that Sysorex Government Services Inc. has not filed for bankruptcy protection in the interim. Otherwise, the parties—along with their counsel—will participate.

Respectfully Submitted,

Anthony P. Badaracco

cc:   Ralph Preite, Esq. (by ECF)
      Elizabeth Usinger, Esq. (by ECF)